UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

ROMAN ANGELO ROYAL,

    Plaintiff,

v.                                            No. 5:23-CV-214-H-BQ

SCURRY COUNTY, et al.,

    Defendants.

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that (1) the plaintiff file an amended complaint during the 14-day period for objections; and (2) if he filed an amended complaint, the Court should deny as moot the defendants' motions to dismiss or for a more definite statement and the plaintiff's motion for leave to file an amended response to the motion to dismiss. Dkt. No. 44. No objections were filed, and the plaintiff has filed an amended complaint. *See* Dkt. No. 45.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. Because the plaintiff has filed an amended complaint in accordance with the FCR, the Court denies as moot (1) the defendants' first motion to dismiss (Dkt. No. 18); (2) the plaintiff's motion to file an amended response (Dkt. No. 31); and (3) the defendants' second motion to dismiss (Dkt. No. 34). The denials of the defendants' motions to dismiss are without prejudice to reasserting any remaining deficiencies in the plaintiff's allegations.

So ordered on June 13, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE